# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| CAROLETTE SWEATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 14-1133 (ABJ) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On December 2, 2014, Magistrate Judge John M. Facciola issued a Report and Recommendation [Dkt. # 19] ("Report") with respect to plaintiff's motion for summary judgment [Dkt. # 8] and defendant's cross-motion for summary judgment [Dkt. # 12]. The Court has reviewed the Report, plaintiff's objections to the Report, and the parties' pleadings, and hereby adopts the Report and Recommendation in part and modifies it in part, for the reasons set forth in the accompanying memorandum opinion.

Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Dkt. # 19] is **ADOPTED IN PART** and **MODIFIED IN PART**; and

it is **FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt. # 8] is granted in part and denied in part; and

it is **FURTHER ORDERED** that defendant's cross-motion for summary judgment [Dkt. # 12] is granted in part and denied in part; and

it is **FURTHER ORDERED** that judgment shall be entered for plaintiff in the amount of $47,796.25 in attorneys' fees and costs.

  **SO ORDERED**.


AMY BERMAN JACKSON
United States District Judge

DATE: March 11, 2015